# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL AGUILERA,<br><br>    Plaintiff,<br><br>v.<br><br>C. E. DUCART, et al.,<br><br>    Defendants. | Case No. 18-cv-03389-HSG (PR)<br><br>**ORDER GRANTING PARTIES' REQUESTS FOR EXTENSIONS OF TIME**<br><br>Re: Dkt. No. 17, 22 |

Good cause appearing, Plaintiff's request for an extension of time to file an opposition to Defendants' motion to dismiss is GRANTED. Plaintiff shall file his opposition no later than **January 25, 2018**. Defendants shall file their reply no later than **fourteen (14)** days after the date of service of the opposition.

Defendants' request for an extension of time to file a motion for summary judgment or other dispositive motion is GRANTED. The Court will set new a dispositive motion briefing schedule after ruling on Defendants' motion to dismiss.

This order terminates Docket Nos. 17 and 22.

**IT IS SO ORDERED.**

Dated: 12/19/2018

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge