UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL AGUILERA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. E. DUCART, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-03389-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S SECOND REQUEST FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 24 |

Good cause appearing, plaintiff's request for an extension of time to file an opposition to defendants' motion to dismiss is GRANTED. Plaintiff states that he needs more time to review discovery responses provided by defendants. However, given defendants' good faith assertion that they responded to all discovery requests on December 31, 2018, the Court finds that an extension of the length sought by the instant request is unnecessary.

Accordingly, the Court hereby extends to **February 8, 2019** the deadline for plaintiff to file and serve his opposition. Defendants shall file their reply no later than **fourteen (14)** days after the date of service of the opposition.

This order terminates Dkt. No. 24.

**IT IS SO ORDERED.**

Dated: 1/25/2019

　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge