UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL AGUILERA,<br><br>    Plaintiff,<br><br>v.<br><br>C. E. DUCART, et al.,<br><br>    Defendants. | Case No. 18-cv-03389-HSG (PR)<br><br>**ORDER GRANTING REQUEST TO AMEND OPPOSITION**<br><br>Re: Dkt. No. 31 |

Good cause appearing, plaintiff's request to amend his opposition to defendants' motion to dismiss is GRANTED. The Court hereby extends to **April 18, 2019** the deadline for plaintiff to file and serve his amended opposition. Defendants shall file their reply no later than **fourteen (14) days** after the date of service of the amended opposition.

This order terminates Dkt. No. 31.

**IT IS SO ORDERED.**

Dated: March 20, 2019

HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL AGUILERA,<br>            Plaintiff,<br>    v.<br>C. E. DUCART, et al.,<br>            Defendants. | Case No. 18-cv-03389-HSG<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 20, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Angel Aguilera ID: AC-4194
Pelican Bay State Prison Housing C2/219
P.O. Box 7500
Crescent City, CA 95532


Dated: March 20, 2019

                                              Susan Y. Soong
                                              Clerk, United States District Court


                                              By:_____
                                              Nikki D. Riley, Deputy Clerk to the
                                              Honorable HAYWOOD S. GILLIAM, JR.