UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL AGUILERA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. E. DUCART, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-03389-HSG<br><br>**ORDER GRANTING REQUEST TO WITHDRAW STATE LAW TORT CLAIM**<br><br>Re: Dkt. No. 41 |

　　　　Plaintiff has filed a request to amend his amended complaint by withdrawing the state law tort claim. Dkt. No. 41. The Court will construe this as a motion to withdraw his state law tort claim. The Court GRANTS plaintiff's motion and the screening order will reflect that plaintiff has withdrawn his state law tort claim.

　　　　This order terminates Dkt. No. 41.

　　　　**IT IS SO ORDERED.**

Dated: 11/27/2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge