UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL AGUILERA,<br><br>        Plaintiff,<br><br>    v.<br><br>T. MOLINA, et al.,<br><br>        Defendants. | Case No. 18-cv-03389-HSG<br><br>**ORDER DENYING REQUEST TO STAY**<br><br>Re: Dkt. No. 49 |

Plaintiff has filed a *pro se* action under 42 U.S.C. § 1983. Plaintiff has informed the Court that he will be transferred to another prison and has requested to stay this case until he arrives at his new housing location and receives his legal property. Dkt. No. 49. Plaintiff's request is DENIED as unnecessary. There are no deadlines currently pending for plaintiff.

This order terminates Dkt. No. 49.

**IT IS SO ORDERED.**

Dated: 7/2/2020

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge