UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL AGUILERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. MOLINA, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-03389-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 64 |

　　Good cause being shown, Defendants' request for an extension of time to file their supplemental briefing is GRANTED. Dkt. No. 64. By February 19, 2021, Defendants shall file a supplemental brief, not to exceed ten pages, explaining in further detail how *Heck* bars Plaintiff's excessive force claim.

　　This order terminates Dkt. No. 64.

　　**IT IS SO ORDERED.**

Dated: 2/8/2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge