UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL AGUILERA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T. MOLINA, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-03389-HSG<br><br>**ORDER REQUIRING ACTION FROM PARTIES** |

Defendants have informed the Court that, on January 27, 2022, Plaintiff entered a plea of no contest to the charge of assault by a prisoner by means of force likely to produce great bodily injury (Cal. Penal Code § 4501(b)), and that Plaintiff is scheduled to be sentenced on March 10, 2022.  *See* Dkt. No. 69.

Within seven (7) days of Plaintiff's sentencing, Defendants shall file a notice with the Court reporting that sentence has been imposed.  Within fourteen (14) days from the date of sentencing, Plaintiff shall file a notice with the Court, indicating whether he wishes to proceed with this action.  If Plaintiff indicates that he wishes to proceed with this action, the Court will lift the stay and set a briefing schedule.

**IT IS SO ORDERED.**

Dated: 3/7/2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge