UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL AGUILERA,<br><br>        Plaintiff,<br><br>   v.<br><br>T. MOLINA, et al.,<br><br>        Defendants. | Case No. 18-cv-03389-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 76 |

Good cause being shown, Plaintiff's unopposed request for an extension of time to file his opposition to Defendants' summary judgment motion is GRANTED. Dkt. No. 76. Plaintiff shall file his opposition by September 30, 2022. Defendants shall file their reply brief in support of their dispositive motion no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 76.

**IT IS SO ORDERED.**

Dated: 7/1/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge