UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL AGUILERA,<br><br>        Plaintiff,<br><br>v.<br><br>T. MOLINA, et al.,<br><br>        Defendants. | Case No. 18-cv-03389-HSG<br><br>**JUDGMENT** |

The Court has dismissed this action without prejudice. The Clerk shall enter judgment in favor of Defendants and against Plaintiff, terminate all pending motions as moot, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 16, 2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge